# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. ISRAEL GARCIA**                     Case No.   1:15-CR-2068-LRS-3

**Telephonic Status Hearing:**                                      12/21/2022

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Stephanie Van Marter, US Atty |
| ☒ | Chris Heinen, US Probation / Pretrial Services | ☒ | Amy Rubin, Defense Atty |
| ☒ | Ben Haraseth, USMS | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Carson Taylor, USMS | ☒ | Defendant not present |

## REMARKS

All participants were present telephonically. Defendant was not present at direction of the Court.

The Court called this matter for hearing to discuss status of Defendant's health and ability to participate in future hearings, and the status of possible state charges.

Defense and USA discussed status of Defendant, pending state charges, and Defendant's health and ability to participate in future hearings.

USMS Deputy Carson Taylor advised the parties as to status of Defendant's detention and pending release from rehabilitation facility; noting health care providers have indicated he is able to participate in a hearing at this time.

Parties are all in agreement with setting an Initial Appearance on Petition and Detention Hearing on Tuesday, December 27, 2022, time to be determined.

U.S. Probation Officer Chris Heinen addressed the Court regarding necessity of proposed release address prior to the Detention Hearing.

Defense counsel will provide U.S. Probation with proposed release address so that location can be vetted, and release plan can be investigated prior to the Detention Hearing on Tuesday.

Defense counsel shall notify the Court by Thursday morning, December 22, 2022, whether the hearing should proceed via Zoom or if the Court should appear from Defendant's location. Hearing time to be determined based upon that information.

Notice setting hearing forthcoming.

**Initial Appearance and Detention Hearing on Petition:**
**12/27/2022**
**Time, Location and Judge to Be Determined**