# United States District Court, Eastern District of Washington
## Magistrate Judge James A. Goeke
### Spokane

**USA v. ISRAEL GARCIA**   Case No.   **1:15-CR-2068-LRS-3**

| | | | |
|---|---|---|---|
| **Initial Appearance on Supervised Release Petition and Detention Hearing:** | | | **12/27/2022** |

| | | | |
|---|---|---|---|
| ☒ | Lee Reams, Courtroom Deputy | ☒ | Stephanie Van Marter, US Atty (VTC) |
| ☒ | Chris Heinen, US Probation / Pretrial Services Officer (VTC) | ☒ | Amy Rubin, Defense Atty |
| ☒ | Defendant present ☒ in custody USM (at medical facility) | ☒ | Interpreter **NOT REQUIRED** |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Verbal Acknowledgment of Rights |
| ☐ | Financial Affidavit (CJA 23) filed | ☒ | Defendant received copy of violation petition |
| ☐ | The Court will appoint the Federal Defenders | ☐ | Defendant waived reading of petition |
| ☐ | Based upon conflict with Federal Defenders, the Court will appoint a CJA Panel Attorney | ☐ | Petition reviewed in open court |
| ☐ | Conditions of Release Imposed | ☐ | Supplemental Pre-Trial Services Report ordered |
| ☐ | Conditions of Release as Previously Imposed | ☒ | The Court ordered continued representation of previously appointed counsel with the additional Petition(s) |
| ☐ | AO 199C Advice of Penalties/Sanctions | | |

## REMARKS

**INITIAL APPEARANCE-PETITION**:
     Defendant appeared, in custody, with counsel and acknowledged to the Court that his true and correct name is ISRAEL GARCIA. Hearing was conducted "bed-side" from medical facility. The Court, Defendant and defense counsel were present at medical facility; probation and Government were present by video conference.
     Defendant was advised of his rights and the allegations contained in the violation petition (ECF No. 169).
     A denial of the violations pending on the petition is entered on behalf of Defendant.
     Federal Defenders ordered continued representation of Defendant based upon Financial Affidavit previously filed.

     Government has filed a motion for detention (ECF No. 178).

     Defendant waived a preliminary hearing and requested a detention hearing be held this date.

     USA proffered an update as to potential State and Federal charges facing Defendant.

**DETENTION HEARING**:

USA made factual proffers and argued why the Court should detain the Defendant and why there are no conditions of release which will reasonably assure Defendant's appearance as required and/or the safety of the community.

Defense counsel made factual proffers and presented argument as to why release of Defendant and proposed release plan is appropriate based on Defendant's circumstances.

Rebuttal.

The Court, Counsel, U.S. Marshal and U.S. Probation discussed the timing of transportation of Defendant to a BOP facility.

**The Court ordered:**
1. USA's Motion for Detention is **granted**; subject to right to return before the Court should circumstances change.
2. The Defendant shall be detained by U.S. Marshal pending the revocation hearing or until further order of the Court.

| **Detention Hrg on Petition:** **HELD THIS DATE** | **Preliminary Hrg:** *Waived by Defendant* | **Revocation Hrg:** **TO BE DETERMINED** |
|---|---|---|