PROB 12C
(6/16)

Report Date: October 18, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 18, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Israel Garcia | Case Number: 0980 1:15CR02068-LRS-3 |

Address of Offender: Currently held in medical services

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 4, 2016

| | |
|---|---|
| Original Offense: | Assault on Federal Officers, 18 U.S.C. §§ 111(a)(1) and (b) |
| Original Sentence: | Prison - 84 Months; TSR - 36 Months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Thomas J. Hanlon |
| | Date Supervision Commenced: October 29, 2021 |
| Defense Attorney: | Mike William Lynch |
| | Date Supervision Expires: October 28, 2024 |

### PETITIONING THE COURT

**To issue a WARRANT.**

On August 4, 2016, Mr. Israel Garcia was sentenced by the Court relative to case number 1:15CR02068-LRS-3. As a part of sentencing, the Court imposed standard conditions prohibiting the client from committing another federal, state or local crime, as well as prohibiting him from possessing a firearm, ammunition, destructive device or dangerous weapon, and requiring him to live at a place approved by the U.S. Probation Office.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #1**: The defendant shall not commit another federal, state or local crime. |
| 2 | **Standard Condition #3**: The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: Mr. Israel Garcia is alleged to have violated standard conditions number 1 and 3 on or about October 16, 2022, by having a firearm in his possession, which he is alleged to have used to fire at and strike a law enforcement officer during the course of a narcotic investigation.

Prob12C
Re: Garcia, Israel
October 18, 2022
Page 2

On October 17, 2022, the undersigned officer received notification from a Spokane County Sheriff's Office detective that the client had been involved in a shooting involving both local and federal authorities. Specifically, the undersigned officer learned that during the course of a narcotic distribution investigation, a vehicle of interest arrived at a predetermined location after which law enforcement attempted to block in the vehicle, but an individual, later identified to be the client, produced a handgun, ultimately firing at and striking an officer.

As of the date of this report, it is the understanding of the undersigned officer that the officer involved was treated and released at a local hospital, and the client remains in the hospital with the extent of his injuries unknown. On October 18, 2022, the undersigned officer spoke with the U.S. Attorney's Office who confirmed that the agency would be requesting formal charges in response to the client's conduct as outlined herein, and other additional charges would likely be forthcoming.

3   **Standard Condition #12**: The defendant must live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: Mr. Israel Garcia is alleged to have violated standard condition number 12 on or about October 16, 2022, by being in Spokane, Washington, and not advising the U.S. Probation Office of his return to the United States, or his living arrangements as required.

On October 17, 2022, the undersigned officer received notification from a Spokane County Sheriff's Office detective that the client had been involved in a shooting involving both local and federal authorities. Specifically, the undersigned officer learned that during the course of a narcotic distribution investigation, a vehicle of interest arrived at a predetermined location after which law enforcement attempted to block in the vehicle, but an individual, later identified to be the client, produced a handgun, ultimately firing at and striking an officer.

At no time had Mr. Garcia advised the U.S. Probation Office of any current living arrangement in the United States, since his deportation occurring on November 10, 2021.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 18, 2022

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Garcia, Israel**
**October 18, 2022**
**Page 3**

---

THE COURT ORDERS

[ ]  No Action
[✓]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

October 18, 2022
Date